Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
       psm@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N. A., <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY, LLC SERIES 7612 CRUZ BAY, a Nevada limited liability company; DESERT SHORES COMMUNITY ASSOCIATION, a Nevada non-profit corporation; KONISHI F. EDEN, <br><br> Defendants. | CASE NO: 2:17-cv-00886-MMD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF COUNTERMOTION FOR SUMMARY JUDGMENT** <br><br> (First Request) |

Plaintiff JPMorgan Chase Bank, N.A. ("**Plaintiff**"), Defendant Desert Shores Community Association (the "**Association**"), and Defendant Saticoy Bay, LLC Series 7612 Cruz Bay ("**Saticoy**"), by and through their respective counsel of record hereby stipulate and agree that Plaintiff shall have up to, and including, August 21, 2017 to file replies in support

1

of its Countermotion for Summary Judgment (Doc. 25) that was filed on July 10, 2017. This is the first stipulation for extension of time to reply in support of the Countermotion for Summary Judgment.

The reason for the extension of time is that Plaintiff's client contact is on a business trip and unavailable for the week immediately prior to the Monday due date. Also, Plaintiff's counsel is traveling the week prior to the due date. As such, the parties have stipulated to the above extension.

| SMITH LARSEN & WIXOM | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| Dated this 11th day of August, 2017. | Dated this 11th day of August, 2017. |
| /s/ Preston S. Mathews | /s/ Ryan D. Hastings |
| Kent F. Larsen, Esq. | Sean L. Anderson, Esq. |
| Nevada Bar No. 3463 | Nevada Bar No. 7259 |
| Katie M. Weber, Esq. | Ryan D. Hastings, Esq. |
| Nevada Bar No. 11736 | Nevada Bar No. 12394 |
| Preston S. Mathews, Esq. | 8945 W. Russel Rd., Ste. 330 |
| Nevada Bar No. 13720 | Las Vegas, Nevada 89119 |
| 1935 Village Center Circle | Attorneys for Defendant |
| Las Vegas, Nevada 89134 | Desert Shores Community Association |
| Attorneys for Plaintiff | |
| JPMorgan Chase Bank, N.A. | |

LAW OFFICES OF MICHAEL F. BOHN, ESQ.

Dated this 11th day of August, 2017.

/s/ Michael F. Bohn
Michael F. Bohn, Esq.
Nevada Bar No. 1641
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
Attorneys for Defendant
Saticoy Bay, LLC Series 7612 Cruz Bay

IT IS SO ORDERED.

Dated: August 14, 207

U.S. District Judge

2