Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N. A., <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY, LLC SERIES 7612 CRUZ BAY, a Nevada limited liability company; DESERT SHORES COMMUNITY ASSOCIATION, a Nevada non-profit corporation; KONISHI F. EDEN, <br><br> Defendants. | CASE NO: 2:17-cv-00886-MMD-GWF <br><br> **STIPULATION AND ORDER TO QUIET TITLE TO THE SUBJECT PROPERTY AND FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SATICOY BAY LLC SERIES 7612 CRUZ BAY** |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant Saticoy Bay LLC Series 7612 Cruz Bay ("Saticoy Bay") (together with Chase, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that title to the property commonly known as 7612 Cruz Bay Court, Las Vegas, Nevada 89128 (APN 138-16-617-008) is quieted in the name of Saticoy Bay LLC Series 7612 Cruz Bay.

1

IT IS FURTHER STIPULATED AND AGREED that nothing in this Stipulation and Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of Chase (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) relating to the promissory note (the "Note") described in the Deed of Trust recorded in the records of the Clark County, Nevada recorder as instrument number 200911300005604 (the "Chase DOT").

Saticoy Bay and Chase further agree that this Stipulation and Order is in <u>no way</u> intended to impair the rights of Chase (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against the Borrower(s), as defined in the Chase DOT and/or Note, that Chase (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note, except the right to judicially or non-judicially foreclose/enforce the Chase DOT against the property described in the Chase DOT.

IT IS FURTHER STIPULATED AND AGREED that a copy of this Stipulation and Order may be recorded with the Clark County, Nevada Recorder.

. . .

. . .

. . .

. . .

. . .

. . .

IT IS FURTHER STIPULATED AND AGREED that Saticoy Bay shall be dismissed from this litigation WITH PREJUDICE, with each party to bear its own costs and fees. This dismissal pertains to Saticoy Bay only and not to any other party.

Dated this 18th day of July, 2018.

SMITH LARSEN & WIXOM

/s/ Katie M. Weber
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

Dated this 18th day of July, 2018.

LAW OFFICES OF MICHAEL F. BOHN, ESQ.

/s/ Michael F. Bohn
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
Attorneys for Defendant
Saticoy Bay LLC Series 7612 Cruz Bay

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: July 18, 2018