Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY, LLC SERIES 7612 CRUZ BAY, a Nevada limited liability company; DESERT SHORES COMMUNITY ASSOCIATION, a Nevada non-profit corporation; EDEN F. KONISHI, <br><br> Defendants. | CASE NO: 2:17-cv-00886-MMD-GWF <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SETONA HOMEOWNERS' ASSOCIATION ONLY** |

Plaintiff JPMorgan Chase Bank, N.A., and Defendant Desert Shores Community Association ("Desert Shores"), by and through their respective counsel of record, hereby stipulate and agree that Desert Shores shall be dismissed from this litigation WITH PREJUDICE, with each party to bear its own costs and fees.

. . .

. . .

1

This dismissal pertains to Desert Shores only and not to any other party.

Dated this 14th day of March, 2019

SMITH LARSEN & WIXOM

*/s/ Katie M. Weber*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

Dated this 14th day of March, 2019

LEACH KERN GRUCHOW ANDERSON SONG

*/s/ Ryan D. Hastings*
Sean L. Anderson, Esq.
Nevada Bar No. 7259
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
2525 Box Canyon Dr.
Las Vegas, Nevada 89128
Attorneys for Defendant
Desert Shores Community Association

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: March 14, 2019